**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No.  07-cv-02504-LTB-KLM

STEVEN FRANCIS,

       Plaintiff,

v.

STEVEN PELICAN, ESQUIRE #3035

       Defendant.

_____

**ORDER**
_____

      This case is before me on the recommendation of the Magistrate Judge issued and served on June 25, 2008 (Doc 26).  Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

      ORDERED that the recommendation is accepted and this action is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to comply with the Court's order.

                      BY THE COURT:


                      ___s/Lewis T. Babcock_____
                      Lewis T. Babcock, Judge

DATED:   July 18, 2008